Etan E. Rosen, Esq. (SBN 173728)
erosen@bprlaw.net
Ralph C. Lee, Esq. (SBN 258608)
rlee@bprlaw.net
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
Telephone: (916) 369-9750
Facsimile: (916) 369-9760

Attorneys for Plaintiffs,
MARIE ELLIOTT, ANDREA KRUSE,
PATRICIA ROOTS, and RANDI WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>AMADOR COUNTY UNIFIED SCHOOL DISTRICT, AMADOR COUNTY OFFICE OF EDUCATION, THERESA HAWK, in her individual and official capacity, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:12-CV-00117-MCE-DAD<br><br>**STIPULATION AND ORDER REGARDING WRITTEN DEPOSITION** |

On August 14, 2012, Plaintiffs served deposition notices for oral deposition and for the production of documents on August 30, 2012 for:

DEPONENT: Defendant, Amador County Unified School District's, Person Most Knowledgeable about any "communications between Amador County Unified School District and the Amador County Board of Supervisors REGARDING any or all of the Plaintiffs including MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, from January 2010 through November 10, 2011"; and

DEPONENT: Defendant, Amador County Office of Education's, Person Most Knowledgeable about any "communications between Defendant, Amador County Office of Education, and the Amador County Board of Supervisors REGARDING any or all of the Plaintiffs including MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, from January 2010 through November 10, 2011."

Counsel for Defendants responded in a letter dated August 21, 2012 raising various objections to the notices.

Therefore, a stipulation has been sought and obtained by the parties, through their respective undersigned counsel, that given the date of the upcoming opposition to the motion to dismiss, Defendants agree the Deponent will provide responses to these written deposition questions within seven (7) days after the questions are served via email, excluding weekends and holidays, up to thirty (30) questions; and the parties stipulate that Defendants will keep form related objections (i.e. vague, ambiguous) to a minimum and that interrogatory definitions of terms should not be required unless the question intends for a very particular meaning of a term.

ATTORNEYS FOR DEFENDANTS/DEPONENTS:

Dated: August 23, 2012

_/s/ JASON M. SHERMAN_(as authorized 8/23/12)_

ALESA SCHACHTER
JASON M. SHERMAN

ATTORNEYS FOR PLAINTIFFS:

Dated: August 23, 2012

__/s/ RALPH C. LEE_______

ETAN E. ROSEN
RALPH C. LEE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 27, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\elliott0117.stip.disc.ord