1  Etan E. Rosen, Esq. (SBN 173728)
   erosen@bprlaw.net
2  Ralph C. Lee, Esq. (SBN 258608)
   rlee@bprlaw.net
3  BEYER, PONGRATZ & ROSEN
   *A Professional Law Corporation*
4  3230 Ramos Circle
   Sacramento, CA 95827
5  Telephone:  (916) 369-9750
   Facsimile:  (916) 369-9760
6
7  Attorneys for Plaintiffs,
   MARIE ELLIOTT, ANDREA KRUSE,
   PATRICIA ROOTS, and RANDI WILSON
8
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12 MARIE ELLIOTT, ANDREA KRUSE,        ) CASE NO.:  2:12-CV-00117-MCE-DAD
   PATRICIA ROOTS, and RANDI           )
13 WILSON, individually,               ) **STIPULATION AND ORDER**
                                       ) **REGARDING WRITTEN DEPOSITION**
14        Plaintiffs,                  )
                                       )
15                                     )
   v.                                  )
16                                     )
                                       )
17 AMADOR COUNTY UNIFIED               )
   SCHOOL DISTRICT, AMADOR             )
18 COUNTY OFFICE OF EDUCATION,         )
   THERESA HAWK, in her individual and )
19 official capacity, and DOES 1 through 50, )
   inclusive,                          )
20                                     )
          Defendants.                  )
21

22        On August 14, 2012, Plaintiffs served deposition notices for oral deposition and for the

23 production of documents on August 30, 2012 for:

24        DEPONENT: Defendant, Amador County Unified School District's, Person Most

25 Knowledgeable about any "communications between Amador County Unified School District and

26 the Amador County Board of Supervisors REGARDING any or all of the Plaintiffs including

27 MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, from January

28 2010 through November 10, 2011"; and

                              -1-

1   DEPONENT: Defendant, Amador County Office of Education's, Person Most

2   Knowledgeable about any "communications between Defendant, Amador County Office of

3   Education, and the Amador County Board of Supervisors REGARDING any or all of the Plaintiffs

4   including MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, from

5   January 2010 through November 10, 2011."

6   Counsel for Defendants responded in a letter dated August 21, 2012 raising various

7   objections to the notices.

8   Therefore, a stipulation has been sought and obtained by the parties, through their respective

9   undersigned counsel, that given the date of the upcoming opposition to the motion to dismiss,

10   Defendants agree the Deponent will provide responses to these written deposition questions within

11   seven (7) days after the questions are served via email, excluding weekends and holidays, up to thirty

12   (30) questions; and the parties stipulate that Defendants will keep form related objections (i.e. vague,

13   ambiguous) to a minimum and that interrogatory definitions of terms should not be required unless

14   the question intends for a very particular meaning of a term.

15                                  ATTORNEYS FOR DEFENDANTS/DEPONENTS:

16   Dated: August 23, 2012            _/s/ JASON M. SHERMAN_(as authorized 8/23/12)_

17                                  ALESA SCHACHTER
                                   JASON M. SHERMAN
18

19                                  ATTORNEYS FOR PLAINTIFFS:

20   Dated:  August 23, 2012          __/s/ RALPH C. LEE_____

21                                  ETAN E. ROSEN
                                   RALPH C. LEE
22                                  **ORDER**

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24
     DATED: August 27, 2012.
25

26                                  _____

27                                  DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE
28   Ddad1\orders.civil\elliott0117.stip.disc.ord

**Stipulation and Order Re:  Discovery**