ALESA SCHACHTER, ESQ. (SBN 102542)
JASON M. SHERMAN, ESQ. (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendants:
AMADOR COUNTY UNIFIED SCHOOL DISTRICT, AMADOR COUNTY OFFICE OF EDUCATION AND THERESA HAWK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, individually,<br><br>　　　　Complainants,<br><br>v.<br><br>AMADOR COUNTY UNIFIED SCHOOL DISTRICT, AMADOR COUNTY OFFICE OF EDUCATION, THERESA HAWK, in her individual and official capacity, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | **CASE NO. 2:12-cv-00117-MCE-DAD**<br><br>**STIPULATION AND ORDER FOR EXTENSION TO DEFENDANTS TO FILE ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to Local Rule 144(a), the parties agree and stipulate that Defendants' time to file an answer to Plaintiffs' Second Amended Complaint is extended, and that Defendants' response will be due for filing on or before **April 1, 2013**, which is an extension of 14 days (in addition to the 14 days provided for by the Federal Rules of Civil Procedure) for a total of 28 days from the date the Court issued its Memorandum and Order on Defendants' Motion to Dismiss the Second Amended Complaint.

The parties request an order from the Court permitting this extension.

Dated:  March 8, 2013                              JOHNSON SCHACHTER & LEWIS
                                                   A Professional Law Corporation


                                                   /s/ Alesa Schachter_____
                                                   ALESA SCHACHTER

Dated: March 8, 2013                               BEYER, PONGRATZ & ROSEN
                                                   A Professional Law Corporation


                                                   /s/ Etan E. Rosen (authorized on March 8, 2013)
                                                   ETAN E. ROSEN


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  March 11, 2013

                                                   _____
                                                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                   UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR EXTENSION TO DEFENDANTS TO FILE ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**