ALESA SCHACHTER, ESQ. (SBN 102542)
JASON M. SHERMAN, ESQ. (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendants:
AMADOR COUNTY UNIFIED SCHOOL DISTRICT, AMADOR COUNTY OFFICE OF EDUCATION AND THERESA HAWK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, individually,<br><br>          Complainants,<br><br>v.<br><br>AMADOR COUNTY UNIFIED SCHOOL DISTRICT, AMADOR COUNTY OFFICE OF EDUCATION, THERESA HAWK, in her individual and official capacity, and DOES 1 through 50, inclusive,<br><br>          Defendants. | **CASE NO. 2:12-cv-00117-MCE-DAD**<br><br>**STIPULATION AND ORDER FOR EXTENSION TO DEFENDANTS TO FILE ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

**STIPULATION AND ORDER FOR EXTENSION TO DEFENDANTS TO FILE ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

1  Pursuant to Local Rule 144(a), the parties agree and stipulate that Defendants' time to file
2  an answer to Plaintiffs' Second Amended Complaint is extended, and that Defendants' response
3  will be due for filing on or before **April 1, 2013**, which is an extension of 14 days (in addition to
4  the 14 days provided for by the Federal Rules of Civil Procedure) for a total of 28 days from the
5  date the Court issued its Memorandum and Order on Defendants' Motion to Dismiss the Second
6  Amended Complaint.

7  The parties request an order from the Court permitting this extension.

9  Dated:  March 8, 2013          JOHNSON SCHACHTER & LEWIS
                                  A Professional Law Corporation

13                                /s/ Alesa Schachter_____
                                  ALESA SCHACHTER

15  Dated: March 8, 2013          BEYER, PONGRATZ & ROSEN
                                  A Professional Law Corporation

19                                /s/ Etan E. Rosen (authorized on March 8, 2013)
                                  ETAN E. ROSEN

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23  Date:  March 11, 2013

                                  _____
                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                  UNITED STATES DISTRICT JUDGE

*Left margin:* JOHNSON SCHACHTER & LEWIS, A PROFESSIONAL LAW CORPORATION, 2180 HARVARD STREET, SUITE 560, SACRAMENTO, CA 95815, TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**STIPULATION AND ORDER FOR EXTENSION TO DEFENDANTS TO FILE ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**