ALESA SCHACHTER, ESQ. (SBN 102542)
JASON M. SHERMAN, ESQ. (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendants:
AMADOR COUNTY UNIFIED SCHOOL DISTRICT, AMADOR COUNTY OFFICE OF EDUCATION AND THERESA HAWK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, individually,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMADOR COUNTY UNIFIED SCHOOL DISTRICT, AMADOR COUNTY OFFICE OF EDUCATION, THERESA HAWK, in her individual and official capacity, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:12-CV-00117-MCE DAD<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES**<br><br>DATE:　　June 13, 2013<br>CRTRM:　7<br>TIME:　　2:00 p.m.<br>JUDGE:　The Honorable Morrison C. England, Jr. |

1

Defendants' Request to Seal Documents is GRANTED. The following documents are ordered to be filed under seal in connection with Defendants' Motion for Attorneys' Fees (ECF No. 36):

- Exhibit D – (pp. 1-10);
- Exhibit E – (pp. 11-19);
- Exhibit F – (pp. 12-28);
- Exhibit G – (pp. 29-38);
- Exhibit H – (pp. 39-48);
- Exhibit I – (pp. 49-58).

IT IS SO ORDERED.

DATED: Match 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE