Etan E. Rosen, No.173728
E-mail: erosen@bprlaw.net
Ralph C. Lee, No. 258608
E-mail: rlee@bprlaw.net
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
Telephone: (916) 369-9750
Facsimile: (916) 369-9760

Attorneys for Plaintiffs,
MARIE ELLIOTT, ANDREA KRUSE,
PATRICIA ROOTS, and RANDI WILSON.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, individually, <br><br> Plaintiffs, <br><br> v. <br><br> AMADOR COUNTY UNIFIED SCHOOL DISTRICT, AMADOR COUNTY OFFICE OF EDUCATION, THERESA HAWK, in her individual and official capacity, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:12-CV-00117 MCE DAD <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL** |

Plaintiffs herein, MARIE ELLIOTT, ANDREA KRUSE, PATRICIA ROOTS, and RANDI WILSON, by and through their attorney, hereby requests that the Court dismisses the above-entitled matter with prejudice.

Respectfully submitted,                                        BEYER, PONGRATZ AND ROSEN

Dated: June 24, 2013                                        By: /s/ Ralph C. Lee
                                                                                RALPH C. LEE,
                                                                                Attorney for Plaintiffs

-1-

# ORDER

Pursuant to the foregoing, this Court dismisses the entire action with prejudice. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Date: July 03, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**BEYER, PONGRATZ & ROSEN**
*A Professional Law Corporation*
*3230 Ramos Circle*
*Sacramento, CA 95827*
*(916) 369-9750*
*Facsimile: (916) 369-9760*